**Denis P. McAllister**
**Attorney at Law**
**(NYS Bar# 2508182)**
**70 Glen Street, Suite 395**
**Glen Cove, New York**
**Tel.# (516) 816-6644**
**Email: Kogid67@aol.com**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

---------------------------------------------------------X
COLLEEN PETERS,

        Plaintiff,

              Case No.:

    -v.-

Pamela Bondi, in her official capacity as
Attorney General of the United States,
DEPARTMENT OF JUSTICE, and
Kash Patel, in his official capacity as
Director of the FEDERAL BUREAU OF
INVESTIGATION,

        Defendants.
---------------------------------------------------------X

**MOTION TO APPEAR PRO HAC VICE**

Pursuant to NEGenR 1.7(e), Denis P. McAllister, respectfully requests entry of an Order granting leave to appear pro hac vice for the purpose of appearing as counsel on behalf of Colleen Peters, Plaintiff in the above entitled cause. In support of this motion I state:

1. That I am an attorney admitted to practice law before the courts of the state of New York since 1992 and am admitted to the United States District Courts of the Eastern, Southern, Western and Northern Districts of New York since 1993.

2. I have never been disbarred or suspended from practice before any court, department,

bureau, or commission of any of state or the United States. I have never been reprimanded or been subjected to any disciplinary action from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

3. I hereby certify that I have read and familiarized myself with the Nebraska U.S. District Court General Rules (NEGenR) and Civil Rules (NECivR) bearing effective dates of December 1, 2024, and that I will abide by these rules and standards.

4. Attached to this motion is a duly executed Oath on Admission (AO 153) form.

5. The administrative fees required to process this motion for admission pro hac vice will be paid to the Clerk of the Court via pay.gov at the time of filing this motion.

Dated: July 7, 2025.

                Respectfully submitted,

                Denis P. McAllister, Esq.
                395 Glen Street, Suite 395
                Glen Cove, New York 11542
                Tel.# (516) 816-6644
                Fax# (516) 671-1148
                Email: Kogi67@aol.com

To: Clerk of the Court

AO 153 (Rev. 6/96)

| NAME: (LAST, FIRST, MI) | SOCIAL SECURITY NO. |
|---|---|
| McAllister, Denis P. | ▮▮▮▮▮▮▮▮▮ |

### OATH ON ADMISSION

I, **Denis McAllister, Esq,** , DO SOLEMNLY SWEAR (OR AFFIRM) THAT AS AN ATTORNEY AND AS A COUNSELOR OF THIS COURT I WILL CONDUCT MYSELF UPRIGHTLY AND ACCORDING TO LAW, AND THAT I WILL SUPPORT THE CONSTITUTION OF THE UNITED STATES.

| DATE: | SIGNATURE: | BAR I.D. NO. |
|---|---|---|
| 7/7/2025 | *[signature]* | 2508182 |

**COMPLETE REVERSE SIDE**

---

AO 153 (Rev. 6/96)

| FIRM NAME | TEL. NO. |
|---|---|
| | |

| FIRM ADDRESS |
|---|
| |

| CITY | STATE | ZIP CODE |
|---|---|---|
| | | |

### BELOW FOR OFFICE USE ONLY

| SWORN AND SUBSCRIBED BEFORE ME, | DATE |
|---|---|
| | |

| ADMITTED ON MOTION OF: (Movant) |
|---|
| |