IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COLLEEN PETERS,<br><br>        Plaintiff,<br><br>vs.<br><br>PAMELA BONDI, Attorney General of the United States, DEPARTMENT OF JUSTICE, and KASH PATEL, in his official capacity as Director of FEDERAL BUREAU OF INVESTIGATION,<br><br>        Defendants. | 8:25-cv-443<br><br>DEFENDANTS' RESPONSE TO PLAINTIFF'S PARTIAL OPPOSITION TO DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO WRITTEN DISCOVERY |

    Defendants Pamela Bondi, in her official capacity as Attorney General of the United States, the Department of Justice, and Kash Patel, in his official capacity as Director of the Federal Bureau of Investigation (collectively "Defendants"), submit this response to Plaintiff's partial opposition to Defendants' Motion to Extend Time to Respond to Written Discovery (Filing No. 31), and state as follows:

1. Plaintiff served written discovery on Defendants on February 5, 2026. Under the Federal Rules of Civil Procedure, Defendants' responses were due March 7, 2026.

2. On February 26, 2026, counsel for Defendants contacted Plaintiff's counsel requesting a 60-day extension to respond to Plaintiff's written discovery in order to gather responsive information from the relevant agency offices and to address issues relating to the scope and form of certain requests.

3. In that email, defense counsel mistakenly stated that a 60-day extension would make Defendants' responses due April 6, 2026. As Plaintiff correctly notes, that date does not reflect a 60-day extension from the March 7 deadline.

4. The Motion filed by Defendants seeks what was originally intended—a 60-day extension from the March 7, 2026 response deadline, resulting in responses being due May 6, 2026. The reference to April 6 in the earlier email was an inadvertent miscalculation and not an attempt to expand the requested extension beyond what was discussed.

5. Defendants requested the extension in good faith due to the need to coordinate with agency personnel and review the scope of numerous discovery requests. Plaintiff does not dispute that additional time is appropriate, but objects primarily on the ground that the extension could shorten the time available to confer regarding discovery disputes before the current motion-to-compel deadline in the Case Progression Order.

6. Defendants do not seek to prejudice Plaintiff's ability to confer regarding discovery issues. To the extent the Court determines that additional time to meet and confer would be helpful after Defendants serve their responses, Defendants do not oppose a commensurate adjustment of the motion-to-compel deadline to preserve a reasonable conferral period.

7. Accordingly, Defendants respectfully maintain that the requested extension until May 6, 2026, constitutes the intended 60-day extension and is supported by good cause.

WHEREFORE, Defendants respectfully request that the Court grant Defendants' Motion to Extend Time to Respond to Written Discovery (Filing No. 29) and extend Defendants' deadline to respond to Plaintiff's written discovery to May 6, 2026.

To address Plaintiff's concern regarding the time available to confer regarding any discovery disputes, Defendants further state that they do not oppose a commensurate adjustment of the deadline to file motions to compel under the Case Progression Order so that the parties have at least twenty-one (21) days after service of Defendants' discovery responses to meet and confer regarding any disputes.

Defendants request such other and further relief as the Court deems just and appropriate.

        Respectfully submitted,

        PAMELA BONDI, in her official capacity as Attorney General of the United States Department of Justice; and KASH PATEL, in his official capacity as Director of the Federal Bureau of Investigation, Defendants

        LESLEY A. WOODS
        United States Attorney
        District of Nebraska

By:   s/ Amanda Phillips Brown
        AMANDA PHILLIPS BROWN, #24526
        Assistant U.S. Attorney
        1620 Dodge Street, Suite 1400
        Omaha, NE  68102-1506
        Tel:  (402) 661-3700
        Fax:  (402) 661-3081
        E-mail:  amanda.brown2@usdoj.gov