**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **COLLEEN PETERS,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**TODD BLANCHE, in his official capacity as Attorney General of the United States Department of Justice; and KASH PATEL, in his official capacity as Director of the Federal Bureau of Investigation,**<br><br>**Defendants.** | **8:25CV443**<br><br>**ORDER** |

The Court held a telephone conference with counsel for the parties on October 15, 2026, regarding Defendants' assertion that Plaintiff did not comply with the parties' agreed production protocol for Request for Production No. 1.[1] Plaintiff, an FBI agent familiar with electronic data collection, was present for the conference and explained to the Court how she collected and produced responsive messages to Defendants. Defendants provided a discovery dispute letter to the Court in advance of the hearing, which is attached to this Order. The Court's rulings on the parties' dispute were stated on the record during the call, which is uploaded as a separate audio file. See Filing No. 98. In accordance with the Court's rulings during the conference,

1. On or before **October 22, 2026**, Plaintiff shall produce a complete set of all communications in her possession generated from the parties' agreed-upon participants, time periods, and search terms as to Defendants' RFP No. 1.
2. If Plaintiff wishes to withhold any of the communications, Plaintiff's counsel shall immediately contact the undersigned magistrate judge to inform the Court of the basis for withholding production and request an *in camera* review.

---

[1] Specifically, as set forth in Defendants' discovery dispute letter, for January 1 through April 30, 2023, Plaintiff agreed to produce all text-message communications with Patrick Manion, Michael Martin, Matthew Florence, Ali Seena Soheilian, and Brennan Arendt, including all group-message threads in which any one of those individuals participated. In addition, for May 1, 2023, through July 18, 2025, Plaintiff agreed to search her communications using 47 agreed search terms and reasonable variations and produce responsive messages with sufficient surrounding context.

3. If necessary, the Court may consider a request for forensic imaging or use of a third-party vendor while taking into account Plaintiff's argument that the discovery sought may be produced through other sources.
4. For purposes of filing Objections to Magistrate Judge's Orders under NECivR 72.2(a), any party must do so within 14-days of this Order.

**IT IS SO ORDERED.**

Dated this 15th day of October, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge